**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                  **CASE NO. 4:08-CR-00244 BSM**

**MARCUS WAYNE HARRIS**                                                **DEFENDANT**

## ORDER

Defendant Marcus Harris's motion for early termination of supervised release [Doc. No. 50] is denied because early termination is not in the interest of justice considering his criminal history.  *See* 18 U.S.C. § 3583(e) (may consider history and characteristics of the defendant through § 3553(a)(1)).

IT IS SO ORDERED this 30th day of August 2016.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE